UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ONE MOSSBERG 590 SHOCKWAVE SHOTGUN, serial number V0743286, and<br>FIFTY ROUNDS OF WINCHESTER-WESTERN 12 GAUGE AMMUNITION,<br><br>    Defendants. | 3:18-cv-340-MMD-CBC<br><br>JUDGMENT OF FORFEITURE |

On July 17, 2018, a verified complaint was filed by the United States against the defendant property (hereinafter "property") seeking forfeiture in rem of the designated defendant property. The complaint alleges the defendant property is property which constitutes a firearm and ammunition involved in a knowing violation of 18 USC § 922(a)(6), which makes it unlawful for any person in connection with the acquisition or attempted acquisition of any firearm or ammunition from a licensed dealer knowingly to make any false or fictitious oral or written statement intended or likely to deceive such licensed dealer with respect to any fact material to the lawfulness of the sale or other disposition of the firearm or ammunition and is, therefore, subject to forfeiture to the United States of America pursuant to 18 USC § 924(d)(1). It appearing:

That process was fully issued in this action and returned according to law;

1

That prospective claimant Teaira Haselip, the person from whom the defendant property was seized, has executed a Consent to Forfeiture (#8).

That no other person or entity has filed or presented a claim to any portion of the defendant property and the time for filing claims has expired.

NOW, THEREFORE, in accordance with the Consent to Forfeiture (#8) filed in this action, it is hereby ORDERED, ADJUDGED, AND DECREED that Judgment of Forfeiture is entered against:

> ONE MOSSBERG 590 SHOCKWAVE SHOTGUN, serial number V0743286, and FIFTY ROUNDS OF WINCHESTER -WESTERN 12 GAUGE AMMUNITION,

and against all other persons, potential claimants, and/or entities, if any, having an interest in the defendant property, and that said defendant property be, and the same is, hereby forfeited to the United States of America and no right, title, or interest in the defendant property so forfeited shall exist in any other person or entity.

DATE: September 13, 2018

_____
UNITED STATES DISTRICT JUDGE